Prob12C
(7/93)

# United States District Court
## for
## District of New Jersey

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Yoo Mi Evans  **Docket Number:** 08 CR 0477-001
**PACTS Number:** 33311

**Name of Sentencing Judicial Officer:** Honorable William H. Walls

**Date of Original Sentence:** 04/09/09

**Original Offense:** Conspiracy to defraud the United States.

**Original Sentence:** Four years probation, DNA testing, $35,027 fine and twelve months location monitoring.

**Type of Supervision:** Probation  **Date Supervision Commenced:** 04/09/09

**Assistant U.S. Attorney:** Lisa M. Colone, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Cathy Waldor, 2517 Hwy. 35, Building L, Suite 101, Manasquan, New Jersey 08736 (732) 528-5040

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states 'You shall not commit another federal, state, or local crime.' |
| | On February 13, 2012, Ms. Evans was arrested in Queens, New York by the New York City Police Department and charged with kidnaping, robbery and unlawful imprisonment. The offender was released this same date after a posting a $50,000 bail. Her initial hearing was scheduled for March 3, 2012 in Queens County Supreme Court, with next court date being undetermined at this time. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Stanley K. Whetstone
Senior U.S. Probation Officer
Date: 5/8/12

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

16 May 2012
Date

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. No.: 10-4040 (CCC) |
| vs. | |
| NATONYA HUFF, | |
| Defendant. | ORDER FOR MODIFICATION CONDITIONS OF BAIL |

**THIS MATTER** having come before the Court on the application of defendant Natonya Huff (by Stacy a. Biancamano, Arleo, Donohue & Biancamano, L.L.C.) for modification of the conditions of defendant's bail, and the United States (by Sharon Ashe, Assistant United States Attorney) consenting to the entry of the Order; and United States Pretrial Services Officer (by Adrienne Smith) having no objection: and for good cause shown;

**IT IS** on this 16 day of May, 2012;

**HEREBY ORDERED** that the defendant's bail be modified as follows:

1. Natonya Huff travel is no longer restricted to New York and New Jersey. She shall be permitted to travel within the United States with permission of pretrial.

2. Should she travel out of the tri-state area, she shall provide an itinerary to pretrial in advance of said travel.

3. All other conditions of defendant's bail shall remain in full force and effect.

_____
Honorable Patty Shwartz, U.S.M.J.